```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 11/15/17
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America

v.

Robert Espinel,

                              Defendants.

**ORDER**

17-cr-398-2 (ER)

Ramos, D.J.:

For the reasons stated on the record at the pretrial conference held on November 14, 2017, the Court modifies Defendant's conditions of bail as follows: Travel is limited to SDNY, EDNY, NDNY, DNJ, EDPA, MDPA and WDPA.

It is so ORDERED.

Dated: November 14, 2017
       New York, New York

_____
Edgardo Ramos, U.S.D.J.